# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

City Of Chicago

                 Plaintiff,

v.

                                     Case No.: 1:14–cv–04361
                                     Honorable Elaine E. Bucklo

Janssen Pharmaceuticals Inc., et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2014:

       MINUTE entry before the Honorable Elaine E. Bucklo: Joint Motion for extension of time until 12/19/2014 to file responsive pleading and page limit [188] is granted. Plaintiff to respond to defendants' responsive pleadings by 1/26/2015. Defendants to reply by 2/17/2015. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.